IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD H. SHAW, an individual,<br>SANDRA KINKUS, an individual,<br><br>Plaintiffs<br><br>v.<br><br>APOSTOLATE FOR FAMILY<br>CONSECRATION, a Wisconsin<br>Corporation,<br><br>Defendant | Civil Action No. 07-1757<br><br>JURY TRIAL IS DEMANDED |

ORDER

AND NOW, this 12th day of MAY, 2008, upon consideration of the attached Stipulation of Counsel for Extension of Time to Answer Plaintiffs' Complaint, it is hereby ORDERED and DECREED that said Stipulation is granted, and the Defendant, Apostolate for Family Consecration, shall file its answer to Plaintiffs' Complaint on or before June 13, 2008.

BY THE COURT:

_____
Gary L. Lancaster, U.S.D.J.